| | |
|---|---|
| **UNITED STATES DISTRICT COURT** <br> **EASTERN DISTRICT OF NEW YORK** | **CIVIL CONFERENCE** <br> **MINUTE ORDER** |
| BEFORE: STEVEN I. LOCKE <br> U.S. MAGISTRATE JUDGE | DATE: 9/26/16 <br> TIME: 10:00 am |

CASE:  **CV 15-1017(JMA) Zagaja v. Village of Freeport et al**

TYPE OF CONFERENCE:   STATUS         FTR:   9:59-10:03

APPEARANCES:
   For Plaintiff:   Robert Valli

   For Defendant: Richard Finkel

**THE FOLLOWING RULINGS WERE MADE:**

☐   Scheduling Order entered.

☐   The court has adopted and So Ordered the joint proposed scheduling order [    ] submitted by the parties.

☐   The Joint Pretrial Order is accepted for filing and the action is deemed ready for trial. The action will be tried in accordance with the discretion and the trial calendar of the District Judge.

☒   Other: Status conference held.

**COURT APPEARANCES:**
The following conference(s) will be held in courtroom 820 of the Central Islip courthouse:

   5/12/17 at 10:00 am         : Pretrial conference.  A joint proposed pretrial order must be electronically filed 3 days prior to this conference.

                              SO ORDERED

                              /s/Steven I. Locke
                              STEVEN I. LOCKE
                              United States Magistrate Judge