UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

DEBBIE ZAGAJA,

      Plaintiff,

      – against –

VILLAGE OF FREEPORT, et al.,

      Defendants.

------------------------------------------------------------X

ORDER
15-CV-1017 (JFB)(SIL)

JOSEPH F. BIANCO, District Judge:

As set forth on the record during the September 28, 2018 conference, IT IS HEREBY ORDERED that defendants' motion for summary judgment (ECF No. 43) is denied with respect to the retaliation claims under Title VII, Section 1983, and New York state law, and granted in all other respects.

SO ORDERED.

_____
JOSEPH F. BIANCO
UNITED STATES DISTRICT JUDGE

Dated:    September 28, 2018
             Central Islip, New York